UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FERNANDO CANTU and** § <br> **MAYRA J. CANTU,** § <br> § <br> **Plaintiffs,** § <br> § <br> v. § <br> § <br> **THE BANK OF NEW YORK MELLON** § <br> **FKA THE BANK OF NEW YORK AS** § <br> **TRUSTEE FOR THE CERTIFICATE-** § <br> **HOLDERS OF CWABS, INC., ASSET-** § <br> **BACKED CERTIFICATES, SERIES** § <br> **2005-7 BY GREEN TREE SERVICING,** § <br> **GREEN TREE SERVICING, LLC, and** § <br> **RECONTRUST COMPANY, N.A.,** § <br> § <br> **Defendants.** § | **CIVIL ACTION NO. 4:14-cv-00664** |

## NOTICE OF CHANGE OF NAME OF LAW FIRM

Robert C. Lane and Thomas Barta (collectively, "Counsel"), counsel for Plaintiffs, notify the Court and all counsel of record that Middagh & Lane, P.L.L.C. has changed its name to The Lane Law Firm. All other contact information shall remain the same until further notice:

        Respectfully submitted,

        **THE LANE LAW FIRM**

        By: /s/ Thomas Barta
        Robert "Chip" C. Lane
        State Bar No. 24046263
        So. District Bar No. 570982
        Thomas A. Barta
        State Bar No. 24085188
        So. District No. 2107673
        6200 Savoy, Suite 1150
        Houston, Texas 77036-3300
        (713) 595-8200 Telephone
        (713) 595-8201 Facsimile
        **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record, *via* facsimile and/or electronic service, on this 12th day of May, 2014:

Tamara Danielle Stiner Toomer
McGuireWoods LLP
600 Travis Street
Suite 7500
Houston, TX 77002
(713) 353-6661 – *telephone*
(832) 214-9925 – *facsimile*

                                          _/s/ Thomas Barta_
                                          Thomas A. Barta